JOHN J. GREED and Another, Appellants, v. EDMUND J. ROCHE and Others, Respondents.*

Order affirmed, with ten dollars costs and disbursements. Hill, P. J., McNamee, Crapser and Bliss, JJ., concur; Heffernan, J., dissents.

HEFFERNAN, J. (dissenting). I dissent and vote to reverse the order and deny the motion. Under the allegations of their complaint appellants are entitled to

*Affd., 264 N. Y. 466.

equitable relief. Respondent McShane has acquired gratuitously the legal title to all decedent's property which consistently with honesty and conscience she should not be permitted to retain. Equity impresses the same with a trust for the payment of the funeral expenses of her benefactor.